# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**IN RE: AFLIBERCEPT PATENT LITIGATION**

**MDL No. 1:24-MD-3103**

**This Document Relates to:**
**All Actions**

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26(f), and the Local Rules of Civil Procedure, this Court **ORDERS** that the following table of dates and deadlines shall govern the further preparation of this case:

| | |
|---|---|
| Plaintiff Serves Initial Infringement Contentions | January 21, 2026 |
| Defendants Serve Initial Invalidity and Non-Infringement Contentions | February 25, 2026 |
| Plaintiff Responds to Initial Invalidity Contentions | March 11, 2026 |
| Substantial Completion of Document Production | April 15, 2026 |
| Parties Identify Claim Terms for Construction | July 15, 2026 |
| Parties Exchange Proposed Constructions and Identify Intrinsic and Extrinsic Evidence | July 22, 2026 |
| Parties File Joint Claim Construction and Prehearing Statement | August 5, 2026 |
| Parties File Opening Claim Construction Briefs | August 19, 2026 |
| Parties File Responsive Claim Construction Briefs | September 2, 2026 |
| Close Of Fact Discovery | November 4, 2026 |
| Plaintiff Serves Final Infringement Contentions and Defendants Serve Final Invalidity Contentions | November 11, 2026 |
| Beginning at **9:00 a.m.** on **November 23, 2026,** at the **Clarksburg, West Virginia,** point of holding court, the Court will | November 23, 2026 |

| | |
|---|---|
| hear the parties' argument on claim construction | |
| Opening Expert Reports on Issues for Which a Party Bears the Burden of Proof | November 25, 2026 |
| Responsive Expert Reports | December 23, 2026 |
| Reply Expert Reports | January 13, 2027 |
| Close of Expert Discovery | February 10, 2027 |
| Parties Submit Dispositive Motions (If Permitted) | February 17, 2027 |

The Court further **ORDERS** the parties to meet and confer to agree on the narrowing of infringement claims and invalidity theories and to submit to the Court a joint proposed infringement and invalidity narrowing schedule by **April 29, 2026.**

Discovery, having been stayed in this case, will resume on **October 15, 2025.**

Summary judgement motions shall not be filed without leave of the Court.

It is so **ORDERED.**

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: September 29, 2025

_Tom S Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA