IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**This Document Relates to:**<br>*Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,<br>**Case No. 1:24-cv-39-TSK**<br>**Case No. 1:25-cv-74-TSK** | MDL No. 1:24-md-3103-TSK |

**REGENERON'S NOTICE REGARDING CASE NARROWING**

The Court entered a Scheduling Order in this MDL on September 29, 2025. ECF No. 663. The Scheduling Order required "the parties to meet and confer to agree on the narrowing of infringement claims and invalidity theories and to submit to the Court a joint proposed infringement and invalidity narrowing schedule by April 29, 2026." *Id.* at 2. Pursuant to that directive, Regeneron proposed a case-narrowing schedule on November 14, 2025. Since that time, Amgen has proposed revisions, the parties have conferred, and Regeneron has accepted Amgen's latest counterproposal. Accordingly, Regeneron hereby selects and identifies the following "Selected Patents" on which it intends to proceed against Amgen with respect to the 2 mg aflibercept product that is the subject of this multi-district litigation[1]:

- U.S. Patent No. 9,816,110 (Counts 5 and 6[2]);
- U.S. Patent No. 11,104,715 (Counts 19 and 20);
- U.S. Patent No. 11,472,861 (Counts 23 and 24);

---

[1] Regeneron will identify its "Selected Claims" no later than the May 22, 2026, deadline set forth in Amgen's case-narrowing proposal to which Regeneron agreed, or any other superseding deadline established by stipulation or Court order.

[2] Unless otherwise noted, all references to Regeneron's Claims for Relief are to those in its First Amended Complaint in Case No. 1:24-cv-39-TSK-JPM (ECF 694-02).

1

- U.S. Patent No. 11,535,663 (Counts 25 and 26);

- U.S. Patent No. 11,788,102 (Counts 33 and 34); and

- U.S. Patent No. 12,331,099 (Count 1[3]).

Regeneron does not intend to proceed with its claims of infringement as to the following patents (the "Unselected Patents") with respect to the 2 mg aflibercept product that is the subject of Amgen's BLA No. 761298 (and is marketed today as Pavblu®):

- U.S. Patent No. 9,222,106 (Counts 1 and 2);

- U.S. Patent No. 9,315,281 (Count 3 and 4);

- U.S. Patent No. 10,415,055 (Counts 7 and 8);

- U.S. Patent No. 10,669,594 (Counts 9 and 10);

- U.S. Patent No. 10,905,786 (Counts 11 and 12);

- U.S. Patent No. 10,918,754 (Counts 13 and 14);

- U.S. Patent No. 11,066,458 (Counts 15 and 16);

- U.S. Patent No. 11,084,865 (Counts 17 and 18);

- U.S. Patent No. 11,459,374 (Counts 21 and 22);

- U.S. Patent No. 11,548,932 (Counts 27 and 28);

- U.S. Patent No. 11,555,176 (Counts 29 and 30);

- U.S. Patent No. 11,680,930 (Counts 31 and 32);

- U.S. Patent No. 12,054,533 (Counts 35 and 36); and

- U.S. Patent No. 12,291,563 (Counts 37 and 38).

---

[3] These Claims for Relief were pled in Case No. 1:25-cv-00074-TSK-JPM (ECF 1).

Regeneron attaches hereto a proposed Order of Dismissal with respect to the Unselected Patents.

Date: March 6, 2026

*Of Counsel*:

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Rhochelle Krawetz (admitted *PHV*)
Jennalee Beazley (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
rkrawetz@wc.com
jbeazley@wc.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

CAREY DOUGLAS KESSLER & RUBY, PLLC

/s/    David R. Pogue
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.  Counsel of record for all parties will be served by the Court's CM/ECF system.

                                                */s/ David R. Pogue*
                                                David R. Pogue